Paul E. Fleming, appellant, v. Lucia A. Ward, appellee. Gen. No. 36,325.

Opinion filed November 6, 1933. Rehearing denied November 20, 1933.

Bloom & Wester, Charles R. Brown and Hugh W. Housum, for appellant; Charles R. Brown and Hugh W. Housum, of counsel. White & Hawxhurst, for appellee; Homer C. Dawson, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.